# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE PEMBRICK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOYAL SOURCE GOVERNMENT SERVICES, LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No.: 3:24-cv-01524-RBM-DEB<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION**<br><br>**[Doc. 23]** |

On July 22, 2024, Plaintiff Monique Pembrick ("Plaintiff"), on behalf of herself and all others similarly situated, filed a Representative Action Complaint for Civil Penalties Under the Private Attorneys General Act ("PAGA"), California Labor Code § 2698 *et seq.* ("Complaint") in the Superior Court of the State of California, County of San Diego ("San Diego Superior Court"). (Doc. 1-2 ["Compl."] at 6–17.[1]) On August 27, 2024, Defendant Loyal Source Government Services, LLC ("Defendant") filed a Notice of Removal of Civil

---

[1] The Court cites to the CM/ECF pagination unless otherwise noted.

1  Action with this Court.  (Doc. 1.)  On January 24, 2025, Defendant filed a Motion to
2  Compel Arbitration (Doc. 9), which this Court denied on July 28, 2025 (Doc. 22).
3         The Parties have now filed a Notice of Settlement and Joint Stipulation to Remand
4  Removed Action ("Joint Motion"), in which the Parties' stipulate and agree, "subject to
5  the approval of the Court, that: (1) [t]his Action shall be remanded to the [San Diego
6  Superior Court], where the Action was originally filed[;] (2) [e]ach Party shall bear its own
7  attorneys' fees and costs with respect to the removal and remand[;] (3) [t]he Parties jointly
8  request that the Court issue an order remanding this Action accordingly."  (Doc. 23 at 2–
9  3.)  The Parties explain that "Plaintiff disputes the propriety of Defendant's removal,
10 including whether removal under 28 U.S.C. § 1442(a)(1) and the federal enclave doctrine
11 was proper, and whether this Court has subject matter jurisdiction over the Action[.]"  (*Id.*
12 at 2.)
13        Accordingly, the Parties' Joint Motion is **GRANTED**, and the Court **REMANDS**
14 this action to the San Diego Superior Court.  *See Crowder v. Sprouts Farmers Mkt., LLC*,
15 No. 23-CV-00140-H-JLB, 2023 WL 2258324, at *1 (S.D. Cal. Feb. 27, 2023) (granting
16 joint motion and remanding action back to the San Diego Superior Court).  Each party shall
17 bear its own attorneys' fees and costs with respect to the removal and remand.
18        **IT IS SO ORDERED.**
19 Dated:  August 22, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE